# IN THE UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**JOHN EARL JORDAN, JR.**
**Reg. #07438-043**                                                                                    **PETITIONER**

**v.**                                            **2:09-CV-00092-WRW**

**T.C. OUTLAW**
**Warden, FCI-Forrest City**                                                                  **RESPONDENT**

## ORDER

Petitioner's Motion to Vacate (Doc. No. 63) is DENIED.

IT IS SO ORDERED this 22nd day of October, 2010.

                                                      /s/ Wm. R. Wilson, Jr.
                                                      UNITED STATES DISTRICT JUDGE