# IN THE UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**JOHN EARL JORDAN, JR.**
Reg. #07438-043                                                                                         PETITIONER

v.                                      2:09-CV-00092-BRW

**T.C. OUTLAW**
**Warden, FCI-Forrest City**                                                                        RESPONDENT

## ORDER

Petitioner's Motion to Void Judgment (Doc. No. 67) is DENIED.  Since the issues in this case have been affirmed on appeal,[1] the Clerk of the Court is directed to no longer accept Plaintiff's filings in this case.

IT IS SO ORDERED this 8th day of March, 2011.


                                                                /s/ Billy Roy Wilson
                                                                UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 61.